**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE GEORGIA**

| | |
|---|---|
| IN RE: ) | |
| Tamaqua Butler, ) | CHAPTER 13 |
|    Debtor, ) | CASE NO. 19-22245-jrs |
| ) | JUDGE: Sacca |

**NOTICE OF HEARING**

     **PLEASE TAKE NOTICE** that Debtor has filed a Motion to Sell real property and related papers with the court.

     **PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion at the following number: toll free number 833- 568-8864; meeting id 161 418 0533, at 9:40 A.M. on July 28, 2022 in Courtroom 103, United States Courthouse, 121 Spring Street, S.E., Gainesville, Georgia 30501.

     Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

     Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 120, 121 Spring Street, S.E., Gainesville, Georgia 30501. You must also mail a copy of your response to the undersigned at the address stated below

     This 27th day of June, 2022.

                                                                     Respectfully Submitted by:
                                                                     **GARDNER LAW FIRM**

                                                                     /s/ Robert M. Gardner, Jr.
                                                                    Robert M. Gardner, Jr.
                                                                    Attorney for Debtor
114 N. Broad Street                                   Georgia Bar No.: 284640
Post Office Box 310
Winder, Georgia 30680
Telephone:     678-963-5045
Email: rg@gardnerlawfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE GEORGIA

| | |
|---|---|
| IN RE:                          ) | |
| Tamaqua Butler,              ) | CHAPTER 13 |
|   Debtor,                       ) | CASE NO. 19-22245-jrs |
|                                       ) | JUDGE: Sacca |

## MOTION TO SELL PROPERTY

Comes now, Bonnie Brown, Debtor in the above styled Chapter 13 case, by and through counsel, and files this his motion to sell her residence at 398 Emma Drive, Winder, Ga. 30680, stating to the Court as follows:

1.

This Court has jurisdiction in this matter pursuant to 28 USC §1334, 128 USC §151 et seq. and 11 USC § 101et seq.

2.

Venue is appropriate pursuant to 28 USC §1409.

3.

This matter is a court proceeding as defined in 28 USC §157 (b) 2 (A).

4.

The debtor filed for relief in the above styled Chapter 13 case on November 11, 2019.

5.

Debtor listed as an asset in her Chapter 13 Bankruptcy Petition a residence at 398 Emma Drive, Winder, Ga. 30680 which had a value at the time the case was filed of $280,658.00.

6.

Debtor has decided to sell her residence and she has listed the property for $475,000.00 with a contract imminent.

7.

Debtor anticipates that sale of the Property would net an amount equal to pay her exemption, all secured claims, as well as a 100% dividend to unsecured creditors. Counsel for Debtor is in the process of obtaining more accurate figures regarding the transaction and will supplement the instant Motion if a 100% dividend to unsecured creditors is not possible.

8.

Debtor believes that the sale of the Property is in her own best interest, as well as the interest of the bankruptcy estate.

**WHEREFORE**, debtor prays as follows:

a)  That this Motion be filed, read, and considered

b)  That the Debtor be allowed to sell the Property under the terms stated herein; and

c)  that this court grant such other and further relief as it may deem just and proper.

This 27th day of   June, 2022.

Respectfully Submitted by:
**GARDNER LAW FIRM**

 /s/ Robert M. Gardner, Jr.
Robert M. Gardner, Jr.
Attorney for Debtor
Georgia Bar No.: 284640

114 N. Broad Street
Post Office Box 310
Winder, Georgia 30680
Telephone:    678-963-5045
Email: rg@gardnerlawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE GEORGIA**

| | |
|---|---|
| IN RE: ) | |
| Tamaqua Butler, ) | CHAPTER 13 |
|    Debtor, ) | CASE NO. 19-22245-jrs |
| ) | JUDGE: Sacca |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served a copy of the **Motion to Sell Real Property and Notice of Hearing** with regards to the above-captioned case on the opposing party, by and through his attorney of record, by depositing a copy of the same in the United States mail in a properly addressed envelope with adequate postage affixed thereto and addressed as on the attached; and to the Chapter 13 Trustee, Nancy J. Whaley, via ecf notice.

    This 27th day of June, 2022.

Respectfully Submitted by:
**GARDNER LAW FIRM**


 /s/ Robert M. Gardner, Jr.
Robert M. Gardner, Jr.
Attorney for Debtor
Georgia Bar No.: 284640

114 N. Broad Street
Post Office Box 310
Winder, Georgia 30680
Telephone:    678-963-5045
Email: rg@gardnerlawfirm.com

```
Label Matrix for local noticing         Aqua Finance Inc                      Aqua Finance Inc
113E-2                                  CORPORATION SERVICE COMPANY           PO Box 844
Case 19-22245-jrs                       40 Technology Pkwy S Ste 300          Wausau, WI  54402-0844
Northern District of Georgia            Norcross, GA  30092-2924
Gainesville
Mon Jun 27 13:06:35 EDT 2022

Aqua Finance Inc                        Ashley Funding Services, LLC          Attorney General of Georgia
c/o Corporation Service Company         Resurgent Capital Services            132 State Judicial Bldg
40 Technology Pkwy S Ste 300            PO Box 10587                          Atlanta, GA  30334
Norcross, GA  30092-2924                Greenville, SC 29603-0587



(p)MCCALLA RAYMER LEIBERT PIERCE  LLC   Tamaqua J. Butler                     Carter-Young inc.
ATTN ATTN WENDY REISS                   398 Emma Dr                           882 N Main St NW
1544 OLD ALABAMA ROAD                   Winder, GA 30680-4083                 Conyers, GA  30012-4462
ROSWELL GA 30076-2102



Credit One Ban                          Credit One Bank                       Docenmuehle Mortgage, inc
PO Box 98872                            PO Box 98872                          1 Corporate Dr Ste 360
Las Vegas, NV  89193-8872               Las Vegas, NV  89193-8872             Lake Zurich, IL  60047-8945



FLAGSHIP CREDIT ACCEPTANCE              Farmers Furniture/Warehouse Home      Farmers Home Furniture-Winder,GA
PO BOX 3807                             PO Box 1140                           Attn: Corporate Credit Department
COPPELL, TX 75019-5877                  Dublin, GA  31040-1140                P.O. Box 1140
                                                                              Dublin, GA 31040-1140


First Franklin Financial Corporation    First Franklin Financial Corporation  First Franklin Financial Corporation
138 W Athens St Ste F                   C/o CT Corporation System Registered Age  c/o CT Corporation System
Winder, GA  30680-1778                  1201 Peachtree St NE                  289 Culver St
                                        Atlanta, GA  30361-3503               Lawrenceville, GA  30046-4855


Flagship Credit Acceptance, LLC         Flagship Credit Acceptance, LLC       Robert Michael Gardner Jr.
4600 Regent Blvd Ste 100                C/O Corporation Service Company       Gardner Law Firm
Irving, TX  75063-2477                  40 Technology Pkwy S Ste 300          114 N. Broad Street
                                        Norcross, GA  30092-2924              P.O. Box 310
                                                                              Winder, GA 30680-0310


Georgia Department Of Revenue           Laura A. Grifka                       Indigo - Celtic Bank
PO Box 3889                             McMichael Taylor Gray, LLC            PO Box 4499
Atlanta, GA  30334                      3550 Engineering Drive                Beaverton, OR  97076-4499
                                        Suite 260
                                        Peachtree Corners, GA 30092-2871


Internal Revenue Service                (p)LABORATORY CORPORATION OF AMERICA  MEDICAL DATA SYSTEMS I
PO Box 7346                             ATTN GOVERNMENT AUDITS                755 W NASA Blvd
Philadelphia, PA  19101-7346            PO BOX 2270                           Melbourne, FL  32901-1815
                                        BURLINGTON NC 27216-2270



Mercury  Card                           NC Financial                          Northeast Georgia Payment Center
1415 Warm Springs Rd                    175 W Jackson Blvd Ste 1000           PO Box 744126
Columbus, GA  31904-8366                Chicago, IL  60604-2863               Atlanta, GA  30374-4126
```

| | | |
|---|---|---|
| ONemain Financial Services, Inc.<br>c/o CT Corporation System Registered Age<br>289 S Culver St<br>Lawrenceville, GA  30046-4805 | One Main Financial Services, Inc<br>PO Box 1010<br>Evansville, IN  47706-1010 | OneMain Financial Group, LLC<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Piedmont Healthcar<br>PO Box 650292<br>Dallas, TX  75265-0292 | Quantum3 Group LLC as agent for Aqua Finance<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for GPCC I LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Radius Global Solutions<br>PO Box 390915<br>Minneapolis, MN  55439-0911 | Sibley Heart Center<br>2600 University Pkwy<br>Coralville, IA  52241-3204 |
| South Gwinnett Radiology<br>2 Meridian Blvd Fl 3<br>Wyomissing, PA  19610-3202 | State Law Department<br>40 Capitol Sq SW<br>Atlanta, GA 30334-1300 | U.S. Bank National Association<br>C/O Rushmore Loan Management Services<br>P.O. Box 52708<br>Irvine CA 92619-2708 |
| USAA Savings Bank<br>10750 McDermott Fwy<br>San Antonio, TX  78288-0002 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | United States Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC  20530-0009 |
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Village Capital & Investment, LLC<br>1 Corporate Dr Ste 360<br>Lake Zurich, IL  60047-8945 | Village Capital & Investment, LLC<br>Bankruptcy Department<br>1 Corporate Drive<br>Suite 360<br>Lake Zurich, IL 60047-8945 |
| Village Capital & Investment, LLC<br>c/o National Registered Aents, INc.<br>289 S Culver St<br>Lawrenceville, GA  30046-4805 | W.S. Babcock xxx<br>PO Box 724<br>Mulberry, FL  33860-0724 | W.S. Badcock Corporation<br>C T CORPORATION SYSTEM<br>289 S Culver St<br>Lawrenceville, GA  30046-4805 |
| W.S.Badcock Corporation<br>Post Office Box 724<br>Mulberry,FL 33860-0724 | (p)FARMERS FURNITURE<br>ATTN CORPORATE CREDIT DEPT<br>PO BOX 1140<br>DUBLIN GA 31040-1140 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>Suite 120, Truist Plaza Garden Offices<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1216 |
| World Finance Corp. c/o World Acceptance Cor<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 | World Finance Corporation of Georgia<br>c/o CT Corporation Registered Agent<br>1201 Peachtree St NE<br>Atlanta, GA  30361-3503 | World Finance Corporation of Georgia xxx<br>PO Box 6429<br>Greenville, SC  29606-6429 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Heather D. Bock                        (d)A. Michelle Hart Ippoliti        Laboratory Corporation of America
McCalla Raymer Leibert Pierce LLC      McCalla Raymer Leibert Pierce, LLC  PO Box 2240
1544 Old Alabama Road                  1544 Old Alabama Road               Burlington, NC  27216-2240
Roswell, GA 30076                      Roswell, GA 30076


(d)Michael J. McCormick                Warehouse Home Furnishings Dist Inc.
McCalla Raymer Leibert Pierce, LLC     c/o Ellen Green Sumner, Reg Agent
1544 Old Alabama Road                  1851 Telfair St
Roswell, GA 30076-2102                 Dublin, GA  31021-3118
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)U.S. Bank National Association      (u)Village Capital & Investment, LLC    End of Label Matrix
                                                                               Mailable recipients    56
                                                                               Bypassed recipients     2
                                                                               Total                  58
```