UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE GEORGIA

| | |
|---|---|
| IN RE: ) | |
| Tamaqua Butler, ) | CHAPTER 13 |
|    Debtor, ) | CASE NO. 19-22245-jrs |
| ) | JUDGE: Sacca |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Debtor has filed a Motion to Sell real property and related papers with the court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion at the following number: toll free number 833- 568-8864; meeting id 161 418 0533, at 9:40 A.M. on July 28, 2022 in Courtroom 103, United States Courthouse, 121 Spring Street, S.E., Gainesville, Georgia 30501.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 120, 121 Spring Street, S.E., Gainesville, Georgia 30501. You must also mail a copy of your response to the undersigned at the address stated below

This 27th day of June, 2022.

                                                                             Respectfully Submitted by:
                                                                             **GARDNER LAW FIRM**

                                                                             /s/ Robert M. Gardner, Jr.
                                                                             Robert M. Gardner, Jr.
                                                                             Attorney for Debtor
114 N. Broad Street                                     Georgia Bar No.: 284640
Post Office Box 310
Winder, Georgia 30680
Telephone:     678-963-5045
Email: rg@gardnerlawfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Tamaqua Butler, | ) | CHAPTER 13 |
| Debtor, | ) | CASE NO. 19-22245-jrs |
| | ) | JUDGE: Sacca |

**MOTION TO SELL PROPERTY**

Comes now, Tamaqua Butler, Debtor in the above styled Chapter 13 case, by and through counsel, and files this his motion to sell her residence at 398 Emma Drive, Winder, Ga. 30680, stating to the Court as follows:

1.

This Court has jurisdiction in this matter pursuant to 28 USC §1334, 128 USC §151 et seq. and 11 USC § 101et seq.

2.

Venue is appropriate pursuant to 28 USC §1409.

3.

This matter is a court proceeding as defined in 28 USC §157 (b) 2 (A).

4.

The debtor filed for relief in the above styled Chapter 13 case on November 11, 2019.

5.

Debtor listed as an asset in her Chapter 13 Bankruptcy Petition a residence at 398 Emma Drive, Winder, Ga. 30680 which had a value at the time the case was filed of $280,658.00.

6.

Debtor has decided to sell her residence and she has listed the property for $475,000.00 with a contract imminent.

7.

Debtor anticipates that sale of the Property would net an amount equal to pay her exemption, all secured claims, as well as a 100% dividend to unsecured creditors. Counsel for Debtor is in the process of obtaining more accurate figures regarding the transaction and will supplement the instant Motion if a 100% dividend to unsecured creditors is not possible.

8.

Debtor believes that the sale of the Property is in her own best interest, as well as the interest of the bankruptcy estate.

**WHEREFORE**, debtor prays as follows:

a)     That this Motion be filed, read, and considered

b)     That the Debtor be allowed to sell the Property under the terms stated herein; and

c)     that this court grant such other and further relief as it may deem just and proper.

This 27th day of   June, 2022.

Respectfully Submitted by:
**GARDNER LAW FIRM**

 /s/ Robert M. Gardner, Jr.
Robert M. Gardner, Jr.
Attorney for Debtor
Georgia Bar No.: 284640

114 N. Broad Street
Post Office Box 310
Winder, Georgia 30680
Telephone:    678-963-5045
Email: rg@gardnerlawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE GEORGIA**

| | |
|---|---|
| IN RE: ) | |
| Tamaqua Butler, ) | CHAPTER 13 |
|    Debtor, ) | CASE NO. 19-22245-jrs |
| ) | JUDGE: Sacca |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served a copy of the **Motion to Sell Real Property and Notice of Hearing** with regards to the above-captioned case on the opposing party, by and through his attorney of record, by depositing a copy of the same in the United States mail in a properly addressed envelope with adequate postage affixed thereto and addressed as on the attached; and to the Chapter 13 Trustee, Nancy J. Whaley, via ecf notice.

    This 27th day of June, 2022.

                                                    Respectfully Submitted by:
                                                  **GARDNER LAW FIRM**

                                                  /s/ Robert M. Gardner, Jr.
                                                  Robert M. Gardner, Jr.
                                                  Attorney for Debtor
                                                  Georgia Bar No.: 284640

114 N. Broad Street
Post Office Box 310
Winder, Georgia 30680
Telephone:    678-963-5045
Email: rg@gardnerlawfirm.com