**IT IS ORDERED as set forth below:**



**Date: July 29, 2022**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NORTH CAROLINA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>TAMAQUA J. BUTLER<br>*aka Florinda Butler*<br>*fka Tamaqua F. Johnson*<br>*aka Tamaqua Florinda Butler*<br><br>DEBTOR. | CASE NO. 19-22245-jrs<br><br>CHAPTER: 13<br><br>JUDGE JAMES R. SACCA |

**CONSENT ORDER ON MOTION TO SELL REAL ESTATE**

This matter came before the Court on July 28, 2022 on the Amended Motion to Sell Property, (the "Motion") filed by Debtor, Tamaqua J. Butler (the "Debtor") and the Response to Motion to Debtor's Motion to Sell Property filed by U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V, ("Respondent") in the above-styled Chapter 13 case. The Motion requests approval for the Debtor to sell the real property commonly known as 398 Emma Drive, Winder, GA 30680 (the "Property"). No other party in interest opposed the motion. Counsel for the Debtor and Respondent have agreed to resolve the matter as set forth below and the Trustee does not oppose. Based upon the foregoing, the record in this case, and for good cause shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Debtor is approved to sell the Property in a manner as described in the Motion; and, the proceeds of the sale shall be applied to satisfy the

costs of the sale and the encumbrances against the property as determined by the closing attorney pursuant to commonly accepted real estate standards and practices under Georgia law.

**ORDERED** that the parties agreed and acknowledge that Creditor's lien is in the first lienholder position and has secured status.

**ORDERED** that upon the closing on the Property, Creditor's lien shall attach to any and all proceeds of the sale up to the full amount of Creditor's payoff as of the date of such sale and/or payment in full tendered to Creditor.

**ORDERED** that the Debtor, or agent of Debtor (closing attorney), shall request a proper payoff from Creditor *prior* to the closing; and, shall provide counsel for the Respondent at the e-mail address set forth below a copy of the closing documents (HUD-1) within 24-hours prior to the closing for review.

**IT IS FURTHER ORDERED** that the closing attorney shall disburse the net proceeds as follows: a) $25,000.00 to the Chapter 13 Trustee at the address set forth below (to be used to pay off Debtor's case at a 100% dividend); and, b) the remaining proceeds to the Debtor.

**[END OF DOCUMENT]**

Prepared by:

/s/ Laura A. Grifka_____
Laura A. Grifka, GA Bar No. 312055
Attorneys for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: lgrifka@mtglaw.com


Consented to:
/s/ *Robert M. Gardner, Jr. by permission (lag)*
Robert M. Gardner, Jr., GA Bar No. 284640
Gardner Law Firm
Attorney for Debtor
P.O. Box 310
Winder, GA 30680


Consented to:
/s/*Eric W. Roach by permission (lag)*_____
Eric W. Roach, GA Bar No. 371499
Staff Attorney
Nancy J. Whaley, Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

## DISTRIBUTION LIST

Laura A. Grifka
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092

Nancy J. Whaley, Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

Robert M. Gardner, Jr.
Gardner Law Firm
P.O. Box 310
Winder, GA 30680

Tamaqua J. Butler
398 Emma Drive
Winder, GA 30680