**IT IS ORDERED as set forth below:**



**Date: November 16, 2022**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Tamaqua Butler | ) | CASE NO. 19-22245-JRS |
|    Debtor. | ) | JUDGE: SACCA |

_____
                                              )
Tamaqua Butler                          )
   Objectors                           )
v.                                            )
U.S Bank National Association not in its   )
Individual capacity but solely as Legal     )
Title Trustee for RMPTR Trust, Series 2021 )
BKM-TT-V                            )
   Claimant.                           )

## ORDER ON OBJECTION TO PROOF OF CLAIM

**WHEREAS,** the above referenced matter having come before the court on November 3, 2022 on Debtors/Objectors' Objection to Proof of Claim No. 12 of the Claimant; and

**WHEREAS,** Claimant having failed to appear in opposition to said Objection at the call of the case during the calendar on November 3, 2022;

**IT IS HEREBY ORDERED** that the Debtors/Objectors' Objection to Respondent's Proof of Claim is hereby **GRANTED**. The Chapter 13 Trustee is directed to cease further

funding of the Respondent's claim.

END OF DOCUMENT

| Prepared by: | Approved By: |
|---|---|
| /s/    Robert M. Gardner, Jr. | /s/ Eric W. Roach |
| Robert M. Gardner Jr. | Eric W. Roach, with express permission |
| Georgia Bar No.: 284640 | Office of Nancy J. Whaley |
| Attorney for Debtor | Chapter 13 Trustee |
| **GARDNER LAW FIRM** | Ga. Bar No. 143194 |
| 114 N. Broad Street | 303 Peachtree Center Ave. NE |
| P.O. Box 310 | Suite 120 |
| Winder, Georgia 30680 | Atlanta, Ga. 30680 |
| Telephone: (678) 963-5045 | Telephone: (678) 992-1201 |
| Email: rg@gardnerlawfirm.com | Email: eroach@njwtrustee.com |

Distribution List

A copy of the foregoing Order on Objection to proof of claim shall be distributed to the following person and entities as well as all those listed on the attached matrix.

Rushmore Loan Management Services
P.O Box 55004
Irvine, CA   92619


Ms. Nancy Whaley
Trustee, Chapter 13
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303


Robert M. Gardner, Jr.
P.O. Box 310
Winder, Georgia 30680